UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>    Plaintiff,<br><br>  v.<br><br>J. BEDUSA,<br><br>    Defendant. | Case No. 22-cv-00670-HSG<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 4. |

Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983, along with a request for leave to proceed *in forma pauperis*. Dkt. Nos. 1, 4. On February 16, 2022, the Court ordered Plaintiff to show cause by March 16, 2022, why his *in forma pauperis* status should not be revoked pursuant to the three strikes provision set forth in 28 U.S.C. § 1915. Dkt. No. 5. Plaintiff has not responded to the Court's Order to Show Cause or otherwise communicated with the Court. For the reasons set forth in the Court's February 16, 2022, order, the Court DENIES Plaintiff leave to proceed *in forma pauperis* pursuant to the three-strikes provision set forth in 28 U.S.C. 1915. Dkt. No. 4. The Court therefore DISMISSES this action for failure to pay the filing fee in full. This dismissal is without prejudice to reopening, but any request to reopen must be accompanied by the full filing and administrative fees. The Clerk is directed to enter judgment in favor of defendant Bedusa and against Plaintiff, terminate all pending motions as moot, and close the case.

  This order terminates Dkt. No. 4.

  **IT IS SO ORDERED.**

Dated: 3/4/2022

                               /s/ Haywood S. Gilliam, Jr.
                              HAYWOOD S. GILLIAM, JR.
                              United States District Judge