UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>Plaintiff,<br><br>v.<br><br>J. BEDUSA,<br><br>Defendant. | Case No. 22-cv-00670-HSG<br><br>**ORDER DENYING MISCELLANEOUS MOTIONS AS MOOT**<br><br>Re: Dkt. Nos. 8, 9 |

    Plaintiff, an inmate housed at Pelican Bay State Prison ("PBSP"), filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against PBSP correctional officer Bedusa. Dkt. No. 1. On March 4, 2022, the Court denied Plaintiff to leave *in forma pauperis* pursuant to the three-strikes provision set forth in 28 U.S.C. § 1915(g), and dismissed the action for failure to pay the filing fee in full without prejudice to filing a motion to reopen if accompanied by the full filing and administrative fees. Dkt. No. 6. This order addresses the two motions still pending on the docket (Dkt. Nos. 8, 9).

    Plaintiff's March 3, 2022 pleading titled, "Plaintiff's Motion and Motion to Show Cause of Why Leave to Proceed Should Not Be Denied" is DENIED as moot. Dkt. No. 8. Although titled a motion, this pleading does not seek an order to show cause and is a response to the Court's February 16, 2022 Order to Show Cause. Moreover, any request for relief filed prior to the dismissal is moot because this action has been dismissed.

    Plaintiff's March 4, 2022 application for leave to proceed *in forma pauperis* is DENIED as moot. Dkt. No. 9. The Court has denied Plaintiff's request for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g), Dkt. Nos. 5, 6, and denied his request for reconsideration of the denial, Dkt. No. 13.

This order terminates Dkt. Nos. 8, 9.

**IT IS SO ORDERED.**

Dated: 5/16/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge